DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____


MICHAEL F. STANKUS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.


No. 2D23-723

_____


April 3, 2024

Appeal from the Circuit Court for Sarasota County; Thomas W. Krug, Judge.

Howard L. Dimmig, II, Public Defender, and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

        Affirmed.

SLEET, C.J., and NORTHCUTT and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.